**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CORHEADA ROBINSON,** on behalf of herself and all others similarly situated**,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 3:25-cv-00939** |
| **VELOCITY RISK UNDERWRITERS, LLC, and WATERSTREET COMPANY,** | ) | |
| **Defendants.** | ) | |

**ORDER**

On September 8, 2025, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 12). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE